United States Court of Appeals

For the Eighth Circuit

_____

No. 24-1141
_____

United States of America

*Plaintiff - Appellee*

v.

Terrance Leon Pargo

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: May 28, 2024
Filed: May 31, 2024
[Unpublished]
_____

Before SMITH, BENTON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Terrance Pargo appeals after the district court[1] revoked his supervised release and sentenced him to a term above the advisory Sentencing Guidelines range. His

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

counsel has moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the sentence.

We conclude that the sentence was not an abuse of discretion. See United States v. Valure, 835 F.3d 789, 790 (8th Cir. 2016) (standard of review). There is no indication that the district court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment. See United States v. Larison, 432 F.3d 921, 923 (8th Cir. 2006) (considerations for reasonableness of sentence); United States v. Michels, 49 F.4th 1146, 1148-49 (8th Cir. 2022) (sentence above Guidelines range was not abuse of discretion).

Accordingly, we grant counsel's motion to withdraw, and affirm the judgment.

_____